# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DAVIS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC., a foreign business corporation, registered in the State of Delaware,<br><br>Defendant. | Case No. 3:25-cv-09067-TSH<br><br>[PROPOSED] **ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE (LR 6-5)**<br><br>[Field concurrently with Joint Motion]<br><br>Assigned to: Magistrate Judge Thomas S. Hixson<br><br>Complaint Filed:  October 10, 2025 |

IT IS HEREBY ORDERED that, the parties' Joint Motion to Extend Mediation Deadline is hereby GRANTED and the deadline for the parties to engage in mediation is hereby extended to July 22, 2026.

Dated: June 12, 2026

_____

THE HONORABLE THOMAS S. HIXSON

1
ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE